UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VIRGINIA RODRIGUEZ, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 1:23-CV-172 |
| CT RESTAURANTS, L.P., | § |
| Defendant. | § |

# FINAL JUDGMENT

In accordance with the Court's Order and Opinion (Doc. 19), Final Judgment is entered in favor of Defendant CT Restaurants, L.P., as to all of Plaintiff Virginia Rodriguez's causes of action. Plaintiff Virginia Rodriguez takes nothing in this lawsuit against CT Restaurants, L.P.

This is a final and appealable order.

Each party shall be responsible for its own fees and costs.

The Clerk of Court is directed to close this case.

Signed on December 16, 2024.

_____
Fernando Rodriguez, Jr.
United States District Judge